IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BARBARA FERRERA,

Plaintiff,

v.

GARY JONES TRANSPORTATION. LLC,
and PAUL JONES,

Defendants.

Case No. 24-2322 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 3/23/2026          MONICA A. STUMP, Clerk of Court

                          s/ Tina Gray, Deputy Clerk


Approved:     s/J. Phil Gilbert
              J. PHIL GILBERT
              DISTRICT JUDGE